IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| BETTY D. COOK, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| -vs- | )   No. 09-133-DRH |
| | ) |
| ILLINOIS DEPARTMENT | ) |
| OF CORRECTIONS, | ) |
| | ) |
| Defendant. | ) |

## ANSWER

NOW COMES Defendant, ILLINOIS DEPARTMENT OF CORRECTIONS, by and through its attorney, LISA MADIGAN, Attorney General for the State of Illinois, and Answers Plaintiff's Complaint as follows:

### COUNT I
### (ADEA Action)

1. Defendant admits that Plaintiff purports to being an action pursuant to 29 U.S.C.A §621, but denies that Plaintiff has any meritorious claims in law or in fact.

2. Defendant admits that Plaintiff was employed as a Correctional Counselor at the Centralia Correctional Center from at least March 2007 until May 30, 2008.

3. Defendant denies the allegations contained in paragraph 3 of the Complaint.

4. Defendant admits that Warden Casey was Plaintiff's supervisor from January 15, 2005 until Warden Casey retired in July 2007.

5. Defendant denies the allegations contained in paragraph 5 of the Complaint.

6. Defendant admits that while Plaintiff was working as a Correctional Counselor II she was qualified for that position. To the extent alleged, Defendant denies that Plaintiff consistently met all of the performance expectations of her position.

7.     Defendant denies the allegations contained in paragraph 7 of the Complaint.

8.     Defendant denies engaging in harassment of Plaintiff as alleged in paragraph 8 of the Complaint.  Defendant further denies that Plaintiff was forced to retire as alleged in paragraph 8 of the Complaint.  Defendant has insufficient knowledge to admit or deny the remaining allegations in paragraph 8 of the Complaint.

9.     Defendant denies the allegations contained in paragraph 9 of the Complaint.  Defendant further denies that Plaintiff was damaged and is entitled to any of the relief requested in paragraph 9 of the Complaint.

Defendant denies that Plaintiff is entitled to the relief requested in Count I of the Complaint.

## COUNT II
### (Illinois Department of Human Rights Action)

Defendant has moved to dismiss Count II under the doctrine of sovereign immunity and also because exclusive jurisdiction over the claims in Count II lies with the Illinois Human Rights Commission.  As such, Defendant does not answer any of the allegations or claims in Count II of Plaintiff's Complaint.

## AFFIRMATIVE DEFENSES

1. This Court has no jurisdiction over Plaintiff's claims to the extent those claims were not included in a timely complaint before the Equal Employment Opportunity Commission.

2. Defendant exercised reasonable care to prevent and correct promptly any known harassing behavior.

3. Plaintiff's claims are barred to the extent she did not take advantage of preventative, remedial, or corrective opportunities provided to her.

4. Some or all of Plaintiff's claims may be time-barred.

    Respectfully submitted,

    ILLINOIS DEPARTMENT OF CORRECTIONS,

    Defendant,

    LISA MADIGAN, Attorney General,
    State of Illinois,

    /s/Joanna Belle Gunderson
    JOANNA BELLE GUNDERSON
    Illinois Bar # 6286292
    Assistant Attorney General
    Attorney for Defendant
    500 South Second Street
    Springfield, IL  62706
    Telephone:  (217) 782-1841
    Facsimile:  (217) 524-5091
    jgunderson@atg.state.il.us

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| BETTY D. COOK, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| -vs- | ) No. 09-133-DRH |
| | ) |
| ILLINOIS DEPARTMENT | ) |
| OF CORRECTIONS, | ) |
| | ) |
| Defendant. | ) |

**Certificate of Service**

I hereby certify that on May 1, 2009, I electronically filed the foregoing Answer with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following counsel of record for Plaintiff:

        Thomas O. Falb
        tfalb48@yahoo.com

and I hereby certify that on May 1, 2009, I mailed by United States Postal Service, the document to the following non-registered participant:

        NONE

        Respectfully submitted,

        /s/Joanna Belle Gunderson
        JOANNA BELLE GUNDERSON
        Illinois Bar # 6286292
        Assistant Attorney General
        500 South Second Street
        Springfield, IL  62706
        Telephone:  (217) 782-1841
        Facsimile:  (217) 524-5091
        jgunderson@atg.state.il.us