IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| BETTY D. COOK, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) No.: 09-cv-133-DRH |
| ILLINOIS DEPARTMENT OF CORRECTIONS, | ) ) |
| Defendant. | ) |

**PLAINTIFF'S RESPONSE TO MOTION TO DISMISS COUNT II**

Comes now the Plaintiff, BETTY D. COOK, by and through her attorney, THOMAS O. FALB, of the law offices of WILLIAMSON, WEBSTER, FALB & GLISSON, and for her Response to the Defendant's Motion to Dismiss Count II states as follows:

1. Said Motion is based upon the following arguments: immunity under the 11th Amendment and the Illinois Human Rights Commission having sole jurisdiction over claims arising under the Human Rights Act.

2. As of January 1, 2008, the Illinois Human Rights Act now allows suits in civil court and the Illinois Human Rights allows actions against State agencies.

3. Attached hereto and incorporated herein is a Memorandum of law in support of this response.

WHEREFORE, Plaintiff prays that this Court deny Defendant's Motion to Dismiss Count II.

BETTY D. COOK, Plaintiff


BY:___s/s Thomas O. Falb_____
    THOMAS O. FALB - #00768804
    Williamson, Webster, Falb & Glisson
    Attorneys at Law
    603 Henry Street.
    Alton, IL 62002
    Telephone:  (618) 462-1077
    Facsimile:   (618) 462-1080

## CERTIFICATE OF SERVICE

    I hereby certify that on May 15, 2009, I electronically filed the foregoing document with the Clerk of the Court using the CMECF system which will send notification of such filings to the following:

Lisa Madigan, Attorney General State of Illinois
Joanna Belle Gunderson, AAG
500 South Second Street
Springfield, IL 62706
Attorney for the Defendant Illinois Department of Corrections


Respectfully submitted,

s/s Thomas O. Falb
THOMAS O. FALB - #00768804
Williamson, Webster, Falb & Glisson
Attorneys at Law
603 Henry Street.
Alton, IL 62002