IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| BETTY D. COOK, | ) |
|     Plaintiff, | ) ) ) |
| vs. | ) )   No.: 09-cv-133-DRH |
| ILLINOIS DEPARTMENT OF CORRECTIONS, | ) ) |
|     Defendant. | ) |

### MOTION TO CONTINUE

Comes now Plaintiff, BETTY D. COOK, by and through her attorney, Thomas O. Falb, of the law offices of Williamson, Webster, Falb & Glisson, and hereby requests this Honorable Court to continue the trial setting in July, 2010, and, in support thereof, Plaintiff states as follows:

1. This continuance is at the personal request of Plaintiff's counsel.

2. Plaintiff's counsel is "forced" to attend his daughter's wedding in Cancun, Mexico.

3. The undersigned attorney has attempted to do away with said wedding by attempting to bribe daughter and son-in-law.

4. Said attempts have failed.

5. Said wedding has to take place during this period of time as the future son-in-law is an Army pilot, flying helicopters in Afghanistan and this is an opportune time for him to get married to the undersigned's daughter.

Wherefore, for the above-stated reasons, Plaintiff prays that this matter not be tried during the first two weeks of July, 2010.

BETTY D. COOK, Plaintiff

BY: __s/s Thomas O. Falb__
THOMAS O. FALB - #00768804
Williamson, Webster, Falb & Glisson
Attorneys at Law
603 Henry Street.
Alton, IL 62002
Telephone: (618) 462-1077
Facsimile: (618) 462-1080

## CERTIFICATE OF SERVICE

I hereby certify that on 22nd day of February, 2010, I electronically filed the foregoing document with the Clerk of the Court using the CMECF system which will send notification of such filings to the following:

Lisa Madigan, Attorney General State of Illinois
Joanna Belle Gunderson, AAG
500 South Second Street
Springfield, IL 62706
Attorney for the Defendant Illinois Department of Corrections

Respectfully submitted,

s/s Thomas O. Falb
THOMAS O. FALB - #00768804
Williamson, Webster, Falb & Glisson
Attorneys at Law
603 Henry Street.
Alton, IL 62002