IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**BETTY D. COOK,**

**Plaintiff,**

**v.**

**ILLINOIS DEPARTMENT OF CORRECTIONS,**

**Defendant.**                        No. 09-133-DRH

### ORDER

**HERNDON, Chief Judge:**

      Before the Court is a Motion for Enlargement of Time filed by Defendant Illinois Department of Corrections (Doc. 24). Specifically, Defendant asks for an additional week in which to file its motion for summary judgment as its counsel has a family emergency and will not be able to complete the motion before the deadline. Defendant asks for an extension of one week in which to finalize its motion. Plaintiff Betty Cook has no objection to the motion. Based on the reasons in the motion, the Court **GRANTS** Defendant's Motion for Enlargement of Time (Doc. 24). Defendant will have up to and including **March 26, 2010** in which to file its motion for summary judgment.

      **IT IS SO ORDERED.**

      Signed this 19th day of March, 2010.

                                               /s/ David R. Herndon

                                               **Chief Judge**
                                               **United States District Court**