IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| BETTY D. COOK, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | No.: 09-cv-133-DRH |
| ILLINOIS DEPARTMENT OF CORRECTIONS, | ) | |
| | ) | |
| Defendant. | ) | |

**RESPONSE TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

Comes now the Plaintiff, BETTY D. COOK, by her attorney, THOMAS O. FALB, and in response to Defendant's Motion for Summary Judgment states as follows:

1. Defendant cannot meet its burden of proof on its Motion for Summary Judgment. There exists a question of material fact to be presented to the jury.

2. The Plaintiff makes a submissible case under the ADEA via the theories of either disparate treatment (direct or indirect method) and/or disparate impact.

3. Attached hereto and incorporated by reference herein is Statement of Undisputed Material Facts and Brief in Support of Plaintiff's Response to Defendant's Motion for Summary Judgment.

WHEREFORE, for the above-stated reasons, Plaintiff prays that Defendant's Motion for Summary Judgment be denied.

BETTY D. COOK, Plaintiff

BY: s/s Thomas O. Falb
THOMAS O. FALB - #00768804
Williamson, Webster, Falb & Glisson
Attorneys at Law
603 Henry Street.
Alton, IL 62002
Telephone: (618) 462-1077
Facsimile: (618) 462-1080

## CERTIFICATE OF SERVICE

I hereby certify that on April 28, 2010, I electronically filed the foregoing document with the Clerk of the Court using the CMECF system which will send notification of such filings to the following:

Joanna Belle Gunderson, AAG
500 South Second Street
Springfield, IL 62706
Attorney for the Defendant Illinois Department of Corrections

                                        Respectfully submitted,

                                        s/s Thomas O. Falb
                                        THOMAS O. FALB - #00768804
                                        Williamson, Webster, Falb & Glisson
                                        Attorneys at Law
                                        603 Henry Street.
                                        Alton, IL 62002