IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| BETTY D. COOK, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | No.: 09-cv-133-DRH |
| ILLINOIS DEPARTMENT OF CORRECTIONS, ) | |
| ) | |
| Defendant. ) | |

**ADDENDUM TO PLAINTIFF'S STATEMENT OF UNDISPUTED MATERIAL FACTS**

Comes now Plaintiff, BETTY D. COOK, by her attorney, Thomas O. Falb and attaches Defendant's Exhibit #5, Number 5 (used in Plaintiff's deposition) that was referred to in Plaintiff's Statement of Undisputed Material Facts (hereinafter referred to as "SOF"). This was inadvertently omitted when the SOF was filed on April 28, 2010.

Further, Plaintiff informs this Court that on page 19, No. 134 of Plaintiff's Statement of Undisputed Material Facts where references were made to pages 806 and 802 of Plaintiff's personnel file, said pages were attached to Plaintiff's SOF as Exhibit D.

BETTY D. COOK, Plaintiff

BY:   s/s Thomas O. Falb
THOMAS O. FALB - #00768804
Williamson, Webster, Falb & Glisson
Attorneys at Law
603 Henry Street.
Alton, IL 62002
Telephone: (618) 462-1077
Facsimile: (618) 462-1080

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 7, 2010, I electronically filed the foregoing document with the Clerk of the Court using the CMECF system which will send notification of such filings to the following:

Lisa Madigan, Attorney General State of Illinois
Joanna Belle Gunderson, AAG
500 South Second Street
Springfield, IL 62706
Attorney for the Defendant Illinois Department of Corrections

                                              Respectfully submitted,

                                              s/s Thomas O. Falb
                                              THOMAS O. FALB - #00768804
                                              Williamson, Webster, Falb & Glisson
                                              Attorneys at Law
                                              603 Henry Street.
                                              Alton, IL 62002