IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**BETTY D. COOK**,

**Plaintiff,**

**v.**

**ILLINOIS DEPARTMENT OF CORRECTIONS,**

**Defendant.**                                                       No. 09-cv-0133-DRH

### ORDER

**HERNDON, Chief Judge:**

Now before the Court is Defendant's motion for enlargement of time (Doc. 33 ). Specifically, Defendant's counsel states that she needs more time to prepare a reply to Plaintiff's response to the motion for summary judgment due to the volume of Plaintiff's response. Local Rule 7.1 (c) states in part:

> Reply briefs are not favored and should be filed only in exceptional circumstances. The party filing the reply brief shall state the exceptional circumstances.

Here, Defendant's motion for enlargement of time does not state the exceptional circumstances as to why a reply brief is needed. Thus, the Court **DENIES** the motion.

**IT IS SO ORDERED.**

Signed this 11th day of May, 2010.

/s/  *David R. Herndon*
**Chief Judge**
**United States District Court**