# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| BETTY D. COOK, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| -vs- ) | No. 09-CV-133-DRH |
| ) | |
| ILLINOIS DEPARTMENT OF ) | |
| CORRECTIONS, ) | |
| ) | |
| Defendant. ) | |

## MINUTES OF FINAL PRETRIAL CONFERENCE

**PRESIDING: Chief Judge David R. Herndon**

**DATE:** November 19, 2010                **PLACE:**  East St. Louis, Illinois

**COURT REPORTER:** Laura Blatz            **COURTROOM DEPUTY:**  Sandy  Pannier

**COUNSEL FOR PLAINTIFF: Thomas Falb**

**COUNSEL FOR DEFENDANT: JoAnna Gunderson/Kelly Choate**
                       **Terry Corrigan present on behalf of Ms. Gunderson**

                                                **TIME: 11:00 AM - 11:20 AM**
--------------------------------------------------------------------------------

Counsel present in Court as stated above.  Mr. Corrigan advises Court their office advised Mr. Falb that they intended to call Ann Casey  as a witness at the trial but that she indicated she may not come.  Mr. Falb advises Court that he was advised that counsel would request her appearance at trial.  Counsel were informed September 27, 2010 that Ms. Casey refused to appear at the trial of this case.

Mr. Falb advises questions have now been answered and he is satisfied with their response. Contempt question is resolved and motion is **DENIED** as moot.

Anticipated trial time is 5 days.  The Court advises 12 jurors will be selected. Case is set for trial on **MONDAY, MAY 23, 2010 at 9:00 AM**.  Trial will be Monday through Friday.