IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

NOTICE OF ERRORS AND/OR DEFICIENCIES
IN ELECTRONICALLY FILED DOCUMENTS

DATE:   November 22, 2010

CASE NO. : 99-133-DRH          CASE NAME:  Cook v. IDOC

DOCUMENT NO.: 52               DOCUMENT TITLE:  Response to Motion to Compel

One of the following errors/deficiencies has been identified in the document listed above:

☒   The above document is a response to a motion.  The event used was "Response" when the correct event to use would have been "Response to Motion" or "Response in Opposition to Motion" under *Civil*; Motions and Related Filings; Memoranda in Support, Responses, and Replies; Response to Motion or Response in Opposition to Motion.  By choosing this event, it would have allowed filer to link to the motion they were responding to.

ACTION TAKEN BY CLERK'S OFFICE

☒   NONE.

ACTION REQUIRED BY FILER

☒   NO FURTHER ACTION REQUIRED BY FILER.  THIS DOCUMENT IS BEING SENT FOR INFORMATIONAL PURPOSES ONLY.

NANCY J. ROSENSTENGEL
Clerk of Court


By:__s/ Lisa M. Braun_____
    Deputy Clerk