IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| BETTY D. COOK, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) No.: 09-cv-133-DRH |
| | ) |
| ILLINOIS DEPARTMENT OF CORRECTIONS, | ) |
| | ) |
| Defendant. | ) |

### MOTION FOR PROTECTIVE ORDER

Now comes Plaintiff, by her attorneys, and for her protective order requests this Court to prohibit the Defendant from introducing testimony or evidence concerning documents that were furnished to Plaintiff's counsel this week by defense counsel.

These documents range from financial records of Plaintiff to cumulative counseling summary of an inmate, to head-count allocation sheets, to emails.

Said documents have not been produced in a timely fashion. Therefore, Plaintiff's counsel has had no opportunity to depose the appropriate witnesses concerning these documents to determine the veracity as well as the background of these documents.

BETTY D. COOK, Plaintiff

BY:  s/s Thomas O. Falb
THOMAS O. FALB - #00768804
Williamson, Webster, Falb & Glisson
Attorneys at Law
603 Henry Street.
Alton, IL 62002

No.: 09-cv-133-DRH
Page 1 of 2

## CERTIFICATE OF SERVICE

I hereby certify that on May 20, 2010, I electronically filed the foregoing document with the Clerk of the Court using the CMECF system which will send notification of such filings to the following:

Joanna Belle Gunderson, AAG
500 South Second Street
Springfield, IL 62706
Attorney for the Defendant Illinois Department of Corrections

                                                s/s Thomas O. Falb
                                                THOMAS O. FALB - #00768804
                                                Williamson, Webster, Falb & Glisson