IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| BETTY D. COOK, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No.: 09-cv-133-DRH |
| ) | |
| ILLINOIS DEPARTMENT OF CORRECTIONS, ) | |
| ) | |
| Defendant. ) | |

## TRIAL MEMORANDUM

This is a civil suit. The Plaintiff is Betty D. Cook. The Defendant is the Illinois Department of Corrections.

Plaintiff, Betty D. Cook, has brought this civil suit by way of the Age Discrimination in Employment Act of 1967 also known as the ADEA. The suit is for age discrimination.

Betty D. Cook claims that she was employed by the Illinois Department of Corrections as a correctional counselor at Centralia Correctional Center in Centralia, Illinois.

Plaintiff claims that she was discriminated based upon her age through various acts of the Defendant through its agents and employees ultimately causing Plaintiff to be forced to retire.

Plaintiff is claiming lost wages and benefits because of this discrimination.

The Defendant denies that there was any age discrimination.

BETTY D. COOK, Plaintiff

BY:   s/s Thomas O. Falb
THOMAS O. FALB - #00768804
Williamson, Webster, Falb & Glisson
Attorneys at Law
603 Henry Street.
Alton, IL 62002

## CERTIFICATE OF SERVICE

I hereby certify that on May 20, 2010, I electronically filed the foregoing document with the Clerk of the Court using the CMECF system which will send notification of such filings to the following:

Joanna Belle Gunderson, AAG
500 South Second Street
Springfield, IL 62706
Attorney for the Defendant Illinois Department of Corrections

s/s Thomas O. Falb
THOMAS O. FALB - #00768804
Williamson, Webster, Falb & Glisson