IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

|  |  |  |
|---|---|---|
| BETTY D. COOK, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| -vs- | ) | No. 09-133-DRH |
| | ) | |
| ILLINOIS DEPARTMENT OF CORRECTIONS, | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT'S MOTION TO AMEND**
**THE FINAL PRE-TRIAL ORDER**

NOW COMES the Defendant, ILLINOIS DEPARTMENT OF CORRECTIONS ("Department"), by and through its attorney, Lisa Madigan, Attorney General for the State of Illinois, and for its Motion to Amend the Final Pre-Trial Order states as follows:

1. Attached hereto is an amended Defendant' Exhibit List.

2. The following items have been amended:

    a. The description of exhibit 12 has been changed to reflect the correct timeframe of 2/1/2007-3/14/2007.

    b. The description of exhibit 38 has been changed to reflect the correct date of 10/12/2007.

    c. Former exhibit 30 has been removed.

    d. New documents added to this list include exhibit nos. 30, 45-61.

3. Of the newly added exhibits, exhibit nos. 30, 45-57 were produced during the course of discovery.

4. Exhibit Nos. 30, 45-57 are not new information, they are similar exhibits to what was included on the final pre-trial motion, have been added in light of the Parties' trial briefs and jury instructions, and there is no prejudice to the addition of these exhibits.

5. Exhibits nos. 58-61 were obtained by counsel for Defendant this week and were produced to counsel for Plaintiff within a day thereof.

6. Exhibits nos. 58-59 are pay information for Plaintiff, are well within her area of personal knowledge, and were obtained in anticipation of Plaintiff's testimony about her damages.

7. The topics included within Exhibit nos. 58-59 have been discussed throughout this litigation, indeed Exhibit 58 contains little more information than Exhibit 57 (produced in discovery) but is easier to read.

8. Exhibit 59 did not exist until this past week, but regardless this is information which Plaintiff should be very familiar with, as it memorializes her retirement benefit.

9. Exhibit no. 60 was discovered this past week and produced upon discovery.

10. The topic of allocations was discussed during Warden Robert's deposition, Exhibit 60 is simply a listing of the allocations for Centralia CC from fiscal year 2006.

11. There was no specific discovery request made for allocation information made by Plaintiff.

12. Exhibit no. 61 is a C.H.A.M.P.S. report which was generated on May 18, 2011.

13. This report was provided to Plaintiff upon receipt by the undersigned.

14. The topic of inmate Golden's visitor list was discussed at length in multiple depositions taken by Plaintiff's counsel.

15. There was no specific discovery request for all reports relating to inmate Golden made by Plaintiff.

16. The information in Exhibit 61 serves two purposes, first it may be used to for impeachment because it contains C.H.A.M.P.S. entries made by Plaintiff, second it may be used to verify whose signature appears on inmate Golden's visitor list.

17. For the foregoing reasons, the topics of Exhibits 58-61 are not new and there is no prejudice to Plaintiff should these exhibits be used at trial.

18. Defendant has filed a response, incorporated herein, to Plaintiff's Motion for Protective Order which also explains the relevance and lack of prejudice for Exhibits 58-61.

### III.  CONCLUSION

For these reasons, Defendant, ILLINOIS DEPARTMENT OF CORRECTIONS, respectfully requests this honorable Court grant its Motion and amend the Final Pre-Trial Order to include Defendant's Amended Exhibit List.

    Respectfully submitted,

    ILLINOIS DEPARTMENT OF
    CORRECTIONS,

    Defendant,

    LISA MADIGAN, Attorney General,
    State of Illinois

Joanna Belle Gunderson                 Attorney for Defendant,
Illinois Bar # 6286292
Assistant Attorney General
500 South Second Street
Springfield, Illinois  62706             By:  **/s/ Joanna Belle Gunderson**
(217) 782-1841                           JOANNA BELLE GUNDERSON
Of Counsel.                                  Assistant Attorney General

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| BETTY D. COOK, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| -vs- | )  No.  09-133-DRH |
| | ) |
| ILLINOIS DEPARTMENT | ) |
| OF CORRECTIONS, | ) |
| | ) |
| Defendant. | ) |

## CERTIFICATE OF SERVICE

I, Joanna Belle Gunderson, Assistant Attorney General, hereby certify that on May 22, 2011 I electronically filed the foregoing Defendant's Motion to Amend the Final Pre-Trial Order with the Clerk of Court using the CM/ECF system which will send automatic notification of such filing to the following counsel of record for Plaintiff:

Thomas O. Falb
tfalb48@yahoo.com

Respectfully submitted,

 /s/Joanna Belle Gunderson
Joanna Belle Gunderson # 6286292
Attorney for Defendant
Assistant Attorney General
500 South Second Street
Springfield, IL  62706
Telephone:  (217) 782-1841
Facsimile:  (217) 524-5091
jgunderson@atg.state.il.us