AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

Southern _____ DISTRICT OF _____ Illinois

Betty Cook

**EXHIBIT AND WITNESS LIST**

V.

Illinois Department of Corrections

Case Number: 09-133

| PRESIDING JUDGE Honorable David R. Herndon | PLAINTIFF'S ATTORNEY Thomas O. Falb | DEFENDANT'S ATTORNEY Joanna Belle Gunderson & Kelly Choate |
|---|---|---|
| TRIAL DATE (S) May 23-27, 2011 | COURT REPORTER Laura Blatz | COURTROOM DEPUTY Sandy Pannier |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | 1 | | | | Position Description for Correctional Counselor I |
| | 2 | | | | Position Description for Correctional Counselor II |
| | 3 | | | | Position Description for Correctional Counselor III |
| | 4 | | | | Position Description for Correctional Casework Supervisor |
| | 5 | | | | Position Description for Clinical Services Supervisor |
| | 6 | | | | Plaintiff's Evaluation for 2/1/2004 - 4/1/2004 |
| | 7 | | | | Plaintiff's Evaluation for 4/1/2004 - 6/1/2004 |
| | 8 | | | | Plaintiff's Evaluation for 2/1/2004 - 2/1/2005 |
| | 9 | | | | Plaintiff's Evaluation for 2/1/2005 - 2/1/2006 |
| | 10 | | | | Plaintiff's Evaluation for 2/1/2006 - 2/1/2007 (by Ann Casey) |
| | 11 | | | | Plaintiff's Evaluation for 2/1/2006 - 2/1/2007 (by Warden Flagg) |
| | 12 | | | | Plaintiff's Evaluation for 2/1/2007 - 3/14/2008 |
| | 13 | | | | AFSCME Contract July 1, 2004 - June 30, 2008 |
| | 14 | | | | AFSCME Contract September 5, 2008 - June 30, 2012 |
| | 15 | | | | ERB Documents re Plaintiff's referral in 2/2006 for abandonment of post |
| | 16 | | | | ERB Documents re Plaintiff's referral in 4/2007 for inappropriate C.H.A.M.P.S. entry |
| | 17 | | . | | ERB Documents re Plaintiff's referral in 4/2007 for missing inmate contacts |
| | 18 | | | | ERB Documents re Plaintiff's referral in 5/2007 for approval of inmate visitor list |
| | 19 | | | | ERB Documents re Plaintiff's referral in 5/2007 for failure to timely complete tasks |
| | 20 | | | | ERB Documents re Plaintiff's referral in 6/2007 for failure to follow the chain of command |
| | 21 | | | | ERB Documents re Plaintiff's referral in 6/2007 for submitting a false report |
| | 22 | | | | Grievance documents re Plaintiff's discipline for inappropriate C.H.A.M.P.S. entry, grievance nos. 470047 |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

**EXHIBIT**

tabbies

A

| PLF.<br>NO. | DEF.<br>NO. | DATE<br>OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | 23 | | | | Grievance documents re Plaintiff's discipline for missing inmate contacts, grievance nos. 481353 |
| | 24 | | | | Grievance documents re Plaintiff's discipline for making a false report, grievance nos. 488641 |
| | 25 | | | | Grievance documents re Plaintiff's claims of harassment, grievance nos. 481437 |
| | 26 | | | | Grievance documents re Warden Flagg's comments to Plaintiff, grievance nos. 488591 |
| | 27 | | | | Grievance documents re Plaintiff's late arrival at the facility, grievance nos. 481438 |
| | 28 | | | | Grievance documents re no discipline for other counselors, grievance nos. 488592 |
| | 29 | | | | 1/4/2007 letter Cook to Casey re job performance |
| | 30 | | | | EEOC Charges |
| | 31 | | | | Administrative Directive 03.02.108 |
| | 32 | | | | Institutional Directive 03.02.108 |
| | 33 | | | | 5/15/2008 letter from Cook re retirement |
| | 34 | | | | Case Assignment Memo dated 1/3/2007 |
| | 35 | | | | Case Assignment Memo dated 5/17/2007 |
| | 36 | | | | Case Assignment Memo dated 6/15/2007 |
| | 37 | | | | Case Assignment Memo dated 7/25/2007 |
| | 38 | | | | Case Assignment Memo dated 10/12/2007 |
| | 39 | | | | Case Assignment Memo dated 11/14/2007 |
| | 40 | | | | Case Assignment Memo dated 1/31/2008 |
| | 41 | | | | Case Assignment Memo dated 3/31/2008 |
| | 42 | | | | Case Assignment Memo dated 4/24/2008 |
| | 43 | | | | Case Assignment Memo dated 5/12/2008 |
| | 44 | | | | Case Assignment Memo dated 5/21/2008 |
| | 45 | | | | Plaintiff's Evaluation for 2/1/2005 - 4/1/2005 |
| | 46 | | | | Plaintiff's Evaluation for 4/1/2005 - 6/1/2005 |
| | 47 | | | | Grievance documents re Plaintiff's discipline for chain of command no. 481440 |
| | 48 | | | | Grievance documents re Plaintiff's discipline for inmate visitor list nos. 470043, 488550 |
| | 49 | | | | Plaintiff's timesheets for 2006-2008 |
| | 50 | | | | Plaintiff's medical records from Tom Monken |
| | 51 | | | | Plaintiff's leave of absence request and supporting documents |
| | 52 | | | | May 23, 2007 email from Casey to Cook |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | 53 | | | | September 12, 2006 email from Casey to Cook |
| | 54 | | | | June 20, 2007 email from Labor Relations to Michelle Taphorn |
| | 55 | | | | November 27, 2007 email from Plaintiff to Pat Rensing |
| | 56 | | | | March 3, 2010 email from Rensing to Gunderson forwarding Exhibit 55 |
| | 57 | | | | Cook Payroll Voucher Information for 03/2007-05/2008 |
| | 58 | | | | Cook Warrant Details for 04/01/2008-05/16/2008 |
| | 59 | | | | March 19, 2011 letter from SERS re Plaintiff's pension |
| | 60 | | | | Centralia CC allocations for fiscal year 2006 |
| | 61 | | | | May 18, 2011 C.H.A.M.P.S. report for inmate Golden |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of _____ Pages