**FILED**

MAY 31 2011

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST LOUIS OFFICE

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

BETTY D. COOK, )
 )
   Plaintiff, )
 )
vs. )
 ) No.: 09-cv-133-DRH
ILLINOIS DEPARTMENT OF )
CORRECTIONS, )
 )
   Defendant. )

## VERDICT FORM C

On Plaintiff's age discrimination claim, we, the jury, on the allegation that it subjected Plaintiff discrimination because of Plaintiff's age of over 40 years, find in favor of the defendant, the Illinois Department of Corrections and against plaintiff, Betty Cook.

