IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**BETTY D. COOK,**

    **Plaintiff,**

  -vs-

**ILLINOIS DEPARTMENT OF CORRECTIONS,**

    **Defendant.**        **NO. 09-CV-133-DRH**

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter is before the court as a result of a jury trial that concluded on May 31, 2011.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the jury verdict returned on May 31, 2011, judgment is entered in favor of the defendant, **ILLINOIS DEPARTMENT OF CORRECTIONS** and against the plaintiff, **BETTY D. COOK**.

        **NANCY J. ROSENSTENGEL,**
        **CLERK OF COURT**


        **BY:**      */s/Sandy Pannier*
                **Deputy Clerk**

Dated: May 31, 2011

Digitally signed by David R. Herndon
Date: 2011.05.31 15:01:58 -05'00'

APPROVED:
    CHIEF JUDGE
    U. S. DISTRICT COURT