IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| BETTY COOK, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 09-CV-133-DRH |
| ) | |
| ILLINOIS DEPARTMENT OF ) | |
| CORRECTIONS. ) | |
| ) | |
| Defendant. ) | |

## RECEIPT FOR PERMANENT RELEASE OF EXHIBITS

The undersigned hereby acknowledges receipt of Plaintiff's exhibits listed on the attached Exhibit List. The jury trial in this case has been completed. In the event of an appeal, counsel is to keep all exhibits in tact and return them to the Clerk of the Court within 10 days of filing said Notice of Appeal, for transmittal to the U. S. Court of Appeals.

DATED: May 31, 2011

_____
Tom Falb

_____603 Henry Street_____
(Address)

_____Alton, IL 62002_____
(City)        (State)

_____618-462-1077_____
(Telephone)