AO 133 (Rev. 9/89) Bill of Costs

# United States District Court

SOUTHERN **DISTRICT OF** ILLINOIS

BETTY COOK

V.

ILLINOIS DEPARTMENT OF CORRECTIONS

## BILL OF COSTS

Case Number: 09-133-DRH

Judgment having been entered in the above entitled action on  May 31, 2011  against  Betty Cook,
                                                                *Date*
the Clerk is requested to tax the following as costs:

| | |
|---|---:|
| Fees of the Clerk | |
| Fees for service of summons and subpoena | $94.06 |
| Fees of the court reporter for all or any part of the transcript necessarily obtained for use in the case | $3,497.45 |
| Fees and disbursements for printing | |
| Fees for witnesses (itemize on reverse side) | $1,452.49 |
| Fees for exemplification and copies of papers necessarily obtained for use in the case | |
| Docket fees under 28 U.S.C. 1923 | |
| Costs as shown on Mandate of Court of Appeals | |
| Compensation of court-appointed experts | |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 | |
| Other costs (please itemize) | |
| **TOTAL** | **$5,044.00** |

SPECIAL NOTE: Attach to your bill an itemization and documentation for requested costs in all categories.

### DECLARATION

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill was mailed today with postage prepaid to:
Thomas Falb, 603 Henry Street, Alton, IL  62002

Signature of Attorney:  s/Joanna Belle Gunderson

Name of Attorney:  Joanna Belle Gunderson

For:  Illinois Department of Corrections            Date:  6/9/2011
      *Name of Claiming Party*

Costs are taxed in the amount of _____ and included in the judgement.

_____  By: _____  _____
Clerk of Court                      Deputy Clerk                   Date

| WITNESS FEES (computation, cf. 28 U.S.C. 1821 for statutory fees) | | | | | | | |
|---|---|---|---|---|---|---|---|
| NAME AND RESIDENCE | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | Total Cost Each Witness |
| | Days | Total Cost | Days | Total Cost | Days | Total Cost | |
| Assistant Warden Julius Flagg - 124 miles @ .51 per mile | 1 | $40.00 | 1 | $5.50 | 1 | $63.24 | $108.74 |
| Assistant Warden Ty Bates - 147 miles @ .51 per mile | 1 | $40.00 | 1 | $5.50 | 1 | $74.97 | $120.47 |
| Michelle Taphorn - 188 total miles for two days @.51 per mile | 2 | $80.00 | 2 | $28.00 | 2 | $95.88 | $203.88 |
| Mark Beckmann - 76 miles @ .51 per mile | 1 | $40.00 | 1 | $5.50 | 1 | $38.76 | $84.26 |
| Bart Toennies - 240 total miles for two days @.51 per mile | 2 | $80.00 | 2 | $11.00 | 2 | $122.40 | $213.40 |
| Gina Feazel - 126 miles @ .51 per mile | 1 | $40.00 | 1 | $22.50 | 1 | $64.26 | $126.76 |
| Terry Loepker - 90 miles @ .51 per mile | 1 | $40.00 | 1 | $5.50 | 1 | $91.80 | $137.30 |
| Cindy Cagle - 76 miles @ .51 per mile | 1 | $40.00 | 1 | $5.50 | 1 | $38.76 | $84.26 |
| Tony Ballantini - 120 miles @ .51 per mile | 1 | $40.00 | 1 | $5.50 | 1 | $61.20 | $106.70 |
| Brandon Risse - 322 total miles @ .51 per mile | 2 | $80.00 | 2 | $22.50 | 2 | $164.22 | $266.72 |
| | | | | | | TOTAL | $1,452.49 |

# NOTICE

**Section 1924, Title 28, U.S. Code (effective September 1, 1948) provides:**
"Sec. 1924. Verification of bill of costs."
    "Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

**See also Section 1920 of Title 28, which reads in part as follows:**
    "A bill of costs shall be filed in the case and upon allowance, included in the judgment or decree."

**The Federal Rules of Civil Procedure contain the following provisions:**
Rule 54 (d)
    "Except when express provision therefor is made either in a statute of the United States or in these rules, costs... shall be allowed as of course to the prevailing party unless court otherwise directs; but costs against the United States, its officers, and agencies shall be imposed only to the extent permitted by law.  Such costs may be taxed by the clerk on one day's notice. On motion served within 5 days thereafter, the action of the clerk may be reviewed by the court."

Rule 6 (e)
    "Whenever a party has the right or is required to do some act or take some proceedings within a prescribed period after the service of a notice or other paper upon the party and the notice or paper is served upon the party... [by mail], 3 days shall be added to the prescribed period."

Rule 58 (In Part)
    "Entry of the judgment shall not be delayed... in order to tax costs...."

| | | |
|---|---|---|
| STATE OF ILLINOIS | ) | *Betty Cook v. Corrections* |
| | ) | USDC-SD IL No. 09-1133 |
| COUNTY OF SANGAMON | ) | |

## AFFIDAVIT

I, Joanna Belle Gunderson, having first been duly sworn upon oath, do hereby depose and state:

1. I am of legal age and would be competent to testify in the matters and things set forth herein if called as a witness in this cause.

2. The deposition transcripts were used in preparing for this cause and were necessary to address the issues that were pending at the time the depositions were taken.

3. The witness fees for the attendance, subsistence, and mileage was incurred for the attendance of the witnesses at trial.

4. The aforementioned costs were necessarily incurred in this case and the services for which fees have been charged were actually and necessarily performed.

5. I have knowledge of the foregoing paragraphs, and they are true and accurate to the best of my belief.

FURTHER AFFIANT SAYETH NOT.

s/Joanna Belle Gunderson
_____
Joanna Belle Gunderson

Subscribed and sworn to before me this 9th day of June, 2011.

s/Laura Brewer
_____
Notary Public

OFFICIAL SEAL
LAURA BREWER
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 10-25-2013

# Invoice Voucher

The preparation instructions for vendors are on the back of the last copy

FORM C-13-5 PART 1 (Rev. 4-96)
STATE OF ILLINOIS

___d Huntley, Chief Legal Counsel
IL Dept of Corrections, 1301 Concordia Ct.
Springfield IL

| VENDOR AND STATE AGENCY SEE IMPORTANT INSTRUCTIONS ON BACK OF COPIES 3 AND 5 FOR COMPLETION OF BOX 3 | 2. Taxpayer Identification Number | 2a. TIN Type | Important See instructions on back of page 5 for completion of boxes 2 and 2a | 4. Voucher No_____ |
|---|---|---|---|---|
| PAYMENT OF INTEREST MAY BE AVAILABLE IF THE STATE FAILS TO COMPLY WITH THE ILLINOIS PROMPT PAYMENT ACT, 30 ILCS 540/1. | 3. Vendor or Payee  LAST NAME   FIRST NAME   MIDDLE INITIAL  OR BUSINESS NAME | | | 5. Voucher Date _____ 6. Appropriation Account Code |
| Disposition of Copies 1 Comptroller  5-Agency 2-Agency 3-Agency 4-Remittance Copy | MIDWEST LITIGATION SERVICES 711 NORTH 11TH STREET ST LOUIS MO 63101 | | | 7. Invoice Number STL85921 8. Invoice Date 10/31/2009 |

| 0. Give Complete Description of Articles/Services Rendered or Attach Itemized Vendor Invoice | 11. Quantity | 12. Units | 13. Unit Price | 14. Amount |
|---|---|---|---|---|
| Re: Betty D. Cook v. Illinois Department of Corrections USDC-SD IL No. 09-133-DRH Deposition of Betty Cook held on October 14, 2009 | | | | |

| 18. Exp. Obj. | 19. Exp. Amount | Comp Use Only | | | 15 Subtotal | 911 | 00 |
|---|---|---|---|---|---|---|---|
| | | | 22. Obligation No. | 23. F | 24. Payment Amount | | |
| | | | | | 16. Discount/ Deduction | | |
| | | | | | 17. Total Amount | $911.00 | |
| 20. Total Exp. | | | 25. Total Payment Amount | | | | |

26. For Agency Use Only

Approved for Payment

s/Joanna Belle Gunderson
Receiving Officer

s/Karen L. McNaught
Head of Unit or Authorized Agent

11/5/9
Date

11-5-09
Date

Clerk

(Date)

Certification of Receiving Agency

I certify that the goods or services specified on this voucher were for the use of this agency and that the expenditure for such goods or services was authorized and lawfully incurred, that such goods or services meet all the required standards set forth in the purchase agreement or contract to which this voucher relates; and that the amount shown on this voucher is correct and approved for payment. If applicable, the reporting requirements of Section 5.1 of 'An Act to create the Bureau of the Budget and to define its powers and duties and to make an appropriation', approved April 16, 1969, as amended, have been met.

Agency Head (Signature)

COPY 1

# INVOICE

**Midwest Litigation Services**
711 North 11th Street
St. Louis, MO 63101
Telephone: 314-644-2191  Fax: 314-644-1334

**Bill To:** Joanna Belle Gunderson
Illinois Attorney General
500 South Second Street
Springfield, IL 62706

**Invoice #:** STL85921
**Invoice Date:** 10/31/2009
**Balance Due:** $ 911.00

**Case #:**

**Case:** Betty D Cook v. Illinois Department of Corrections
**Job #:** 62202  |  **Job Date:** 10/14/2009  |  **Delivery:** Normal
**Billing Atty:** Joanna Belle Gunderson
**Location:** Williamson Webster Falb & Glisson
603 Henry Street | Alton, IL 62002
**Sched Atty:** Joanna Belle Gunderson | Illinois Attorney General

| Item | Witness | Description | Units | Qty | Price | Amount |
|---|---|---|---|---|---|---|
| 1 | Betty D Cook | Attendance - Hourly | Hour | 8.00 | $30.00 | $240.00 |
| 2 | Betty D Cook | Transcript - Original Only | Page | 244.00 | $2.75 | $671.00 |

**Notes:**

| | |
|---|---|
| Invoice Total | $911.00 |
| Payment: | |
| Credits | |
| Balance Due | $911.00 |

**Fed Tax ID:** ███
**Term:** Due Upon Receipt

TERMS: Payable upon receipt. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments or refunds will be made after 90 days.

**Please tear off stub and return with payment.**

Make check payable to:  Midwest Litigation Services
☐ Visa  ☐ MC  ☐ Amex  ☐ Discover  ☐ Lock Box

Credit Card #_____ Exp. Date_____
SIGNATURE (AS IT APPEARS ON CREDIT CARD)
PRINT NAME (AS IT APPEARS ON CREDIT CARD)
DAYTIME PHONE

**Invoice #:** STL85921
**Job #:** 62202
**Invoice Date:** 10/31/2009
**Balance:** $ 911.00

Please remit payment to:
711 N. 11th Street
St. Louis, MO 63101

# Invoice Voucher

FORM C-13 5 PART (Rev. 4-96)
STATE OF ILLINOIS

Ed Huntley, Chief Legal Counsel
IL Dept of Corrections, 1301 Concordia Ct.
Springfield IL

The preparation instructions for vendors are on the back of the last Copy

VENDOR AND STATE AGENCY SEE IMPORTANT INSTRUCTIONS ON BACK OF COPIES 3 AND 5 FOR COMPLETION OF BOX 3

2. Taxpayer Identification Number
2a. TIN Type

Important — See instructions on back of page 5 for completion of boxes 2 and 2a

4. Voucher No _____

PAYMENT OF INTEREST MAY BE AVAILABLE IF THE STATE FAILS TO COMPLY WITH THE ILLINOIS PROMPT PAYMENT ACT, 30 ILCS 540/1.

3. Vendor or Payee
LAST NAME    FIRST NAME    MIDDLE INITIAL
OR BUSINESS NAME

MUELLER REPORTING P.C.
P. O. BOX 509
EDWARDSVILLE IL  62025

5. Voucher Date _____
6. Appropriation Account Code _____
7. Invoice Number _____
8. Invoice Date  11/5/09

Disposition of Copies
1 Comptroller    5-Agency
2-Agency
3-Agency
4-Remittance Copy

| 10. Give Complete Description of Articles/Services Rendered or Attach Itemized Vendor Invoice | 11. Quantity | 12. Units | 13. Unit Price | 14. Amount |
|---|---|---|---|---|
| Re: Betty D. Cook v. Illinois Department of Corrections<br>USDC-SD IL No. 09-133-DRH<br><br>Depositions of Kim Atchison, Gina Feazel, Alan Sanner and Allan Wisely taken on October 29, 2009 | | | | |

| 18. Exp. Obj. | 19. Exp. Amount | Comp Use Only | | | | 15 Subtotal | 281 | 15 |
|---|---|---|---|---|---|---|---|---|
| | | | 22. Obligation No. | 23. F | 24. Payment Amount | 16. Discount/Deduction | | |
| 20. Total Exp. | | | 25. Total Payment Amount | | | 17. Total Amount | $281.15 | |

26. For Agency Use Only

Approved for Payment

s/Joanna Belle Gunderson
Receiving Officer

s/Karen L. McNaught
Head of Unit or Authorized Agent

Date: 11/4/9   Clerk

Date: 11-9-09   (Date)

Certification of Receiving Agency

I certify that the goods or services specified on this voucher were for the use of this agency and that the expenditure for such goods or services was authorized and lawfully incurred, that such goods or services meet all the required standards set forth in the purchase agreement or contract to which this voucher relates; and that the amount shown on this voucher is correct and approved for payment. If applicable, the reporting requirements of Section 5.1 of 'An Act to create the Bureau of the Budget and to define its powers and duties and to make an appropriation', approved April 16, 1969, as amended, have been met,

Agency Head (Signature)

COPY 1

# Mueller Reporting, P.C.

Certified Shorthand Reporters
P. O. Box 509
Edwardsville, IL 62025
618-692-9890  Fax: 618-692-9891

EIN ███

TO:
Office of the Attorney General
State of Illinois
Ms. Joanna Belle Gunderson
500 South Second Street
Springfield, Illinois 62706

November 5, 2009

Depositions of GINA FEAZEL, 51 p.
              ALLAN WISELY, 31 p.
              KIM ATCHISON, 58 p.
              ALAN SANNER, 51 p.
taken on October 29, 2009

| | |
|---|---:|
| E-trans cc of each, 191 p.@$1.40 | $267.40 |
| One copy of exhibits, 44 p.@$.20 | 8.80 |
| Shipping/Delivery | 4.95 |
| | $281.15 |

Betty D. Cook
vs. (09-V-133-DRH)
Illinois Department of Corrections


REPORTER: Aimee L. Lingle, CSR, CCR


*Thank you!*

FORM C-35 PART (Rev. 4-96)  
STATE OF ILLINOIS

# Invoice Voucher

Ed Huntley, Chief Legal Counsel  
IL Dept of Corrections, 1301 Concordia Ct.  
Springfield IL

The preparation instructions for the vendor are on the back of the last Copy

| | | |
|---|---|---|
| VENDOR AND STATE AGENCY SEE IMPORTANT INSTRUCTIONS ON BACK OF COPIES 3 AND 5 FOR COMPLETION OF BOX 3 | 2. Taxpayer Identification Number  2a. TIN Type | Important See instructions on back of page 5 for completion of boxes 2 and 2a |
| | | 4. Voucher No_____ |
| PAYMENT OF INTEREST MAY BE AVAILABLE IF THE STATE FAILS TO COMPLY WITH THE ILLINOIS PROMPT PAYMENT ACT, 30ILCS 540/1. | 3. Vendor or Payee  LAST NAME    FIRST NAME    MIDDLE INITIAL  OR BUSINESS NAME | 5. Voucher Date_____  6. Appropriation Account Code |
| Disposition of Copies  1 Comptroller    5-Agency  2-Agency  3-Agency  4-Remittance Copy | MUELLER REPORTING P.C.  P. O. BOX 509  EDWARDSVILLE IL 62025 | 7. Invoice Number_____  8. Invoice Date  1/26/10 |

| 10. Give Complete Description of Articles/Services Rendered or Attach Itemized Vendor Invoice | 11. Quantity | 12. Units | 13. Unit Price | 14. Amount | |
|---|---|---|---|---|---|
| Re: Betty D. Cook v. Illinois Department of Corrections  USDC-SD IL No. 09-133-DRH  Depositions of Julius Flagg, Ty J. Bates, Bart Toennies, Anthony Ballantini, Terri Loepker and Gina Feazel  taken November 11 and 12, 2009 | | | | | |

| 18. Exp. Obj. | 19. Exp. Amount | Comp Use Only | | | | 15 Subtotal | | |
|---|---|---|---|---|---|---|---|---|
| | | | 22. Obligation No. | 23. F | 24. Payment Amount | | 897 | 75 |
| | | | | | | 16. Discount/ Deduction | | |
| 20. Total Exp. | | | 25. Total Payment Amount | | | 17. Total Amount | $897.75 | |

26. For Agency Use Only

Certification of Receiving Agency

I certify that the goods or services specified on this voucher were for the use of this agency and that the expenditure for such goods or services was authorized and lawfully incurred, that such goods or services meet all the required standards set forth in the purchase agreement or contract to which this voucher relates; and that the amount shown on this voucher is correct and approved for payment. If applicable, the reporting requirements of Section 5.1 of 'An Act to create the Bureau of the Budget and to define its powers and duties and to make an appropriation', approved April 16, 1969, as amended, have been met,

Approved for Payment

s/Joanna Belle Gunderson  
Receiving Officer                     2/1/10  
                                      Date            Clerk

s/Karen L. McNaught  
                                      2-3-10
Head of Unit or Authorized Agent      Date          (Date)                          Agency Head (Signature)

COPY 1

# Mueller Reporting, P.C.
Certified Shorthand Reporters
P. O. Box 509
Edwardsville, IL 62025
618-692-9890 Fax: 618-692-9891

EIN# ██████████

To: Office of the Attorney General
    By: Joanna Belle Gunderson
        Assistant Attorney General
    500 South Second Street
    Springfield, IL 62706

1/26/10

Depos. taken on 11/11/09 and 11/12/09
Orig. transcript @ $2.85 pp:

| | |
|---|---:|
| JULIUS FLAGG, 78 P. | $222.30 |
| TY J. BATES, 28 P. | 79.80 |
| BART TOENNIES, 19 P. | 54.15 |
| ANTHONY BALLANTINI, 31 P. | 88.35 |
| TERRI LOEPKER, 29 P. | 82.65 |
| GINA FEAZEL, 130 P. | 370.50 |
| | **$897.75** |

Betty D. Cook
vs.
Illinois Department of Corrections
(09-cv-133-DRH)

REPORTER: Kimberly Mueller, CSR, CCR

*Thank you!*

FORM C-13 5 PART (Rev. 4-96)
STATE OF ILLINOIS

# Invoice Voucher

Ed Huntley, Chief Legal Counsel
IL Dept of Corrections, 1301 Concordia Ct.
Springfield IL

The preparation instructions for vendors are on the back of the last Copy

| VENDOR AND STATE AGENCY SEE IMPORTANT INSTRUCTIONS ON BACK OF COPIES 3 AND 5 FOR COMPLETION OF BOX 3 | 2. Taxpayer Identification Number | 2a. TIN Type | Important See instructions on back of page 5 for completion of boxes 2 and 2a | 4. Voucher No _____ |
|---|---|---|---|---|
| PAYMENT OF INTEREST MAY BE AVAILABLE IF THE STATE FAILS TO COMPLY WITH THE ILLINOIS PROMPT PAYMENT ACT, 30ILCS 540/1. | 3. Vendor or Payee LAST NAME   FIRST NAME   MIDDLE INITIAL OR BUSINESS NAME | | | 5. Voucher Date _____ 6. Appropriation Account Code |
| Disposition of Copies 1 Comptroller   5-Agency 2-Agency 3-Agency 4-Remittance Copy | MUELLER REPORTING P.C. P. O. BOX 509 EDWARDSVILLE IL  62025 | | | 7. Invoice Number _____ 8. Invoice Date 2/11/10 |

| 10. Give Complete Description of Articles/Services Rendered or Attach Itemized Vendor Invoice | 11. Quantity | 12. Units | 13. Unit Price | 14. Amount |
|---|---|---|---|---|
| Re: Betty D. Cook v. Illinois Department of Corrections USDC-SD IL No. 09-133-DRH  Deposition of Warden Bradley J. Robert taken January 28, 2010. | | | | |

| 18. Exp. Obj. | 19. Exp. Amount | Comp Use Only | | | | 15 Subtotal | | |
|---|---|---|---|---|---|---|---|---|
| | | | 22. Obligation No. | 23. F | 24. Payment Amount | | 248 | 00 |
| | | | | | | 16. Discount/ Deduction | | |
| | | | | | | 17. Total Amount | | |
| 20. Total Exp. | | | 25. Total Payment Amount | | | | $248.00 | |

26. For Agency Use Only

Certification of Receiving Agency

Approved for Payment

I certify that the goods or services specified on this voucher were for the use of this agency and that the expenditure for such goods or services was authorized and lawfully incurred, that such goods or services meet all the required standards set forth in the purchase agreement or contract to which this voucher relates; and that the amount shown on this voucher is correct and approved for payment. If applicable, the reporting requirements of Section 5.1 of 'An Act to create the Bureau of the Budget and to define its powers and duties and to make an appropriation', approved April 16, 1969, as amended, have been met.

s/Joanna Belle Gunderson     2/11/10
Receiving Officer                Date              Clerk

s/Karen L. McNaught          2-17-10
Head of Unit or Authorized Agent     Date     (Date)                    Agency Head (Signature)

COPY 1

# Mueller Reporting, P.C.
Certified Shorthand Reporters
P. O. Box 509
Edwardsville, IL 62025
618-692-9890  Fax: 618-692-9891

EIN# ▮

To: Office of the Attorney General
By: Joanna Belle Gunderson
    Assistant Attorney General
500 South Second Street
Springfield, IL 62706

2/11/10

| | |
|---|---:|
| Depos. taken on 1/28/10, | |
| One condensed copy @ $1.50 pp | |
|   BRADLEY J. ROBERT, 106 P. | $159.00 |
|   MICHELLE TAPHORN, 51 P. | 76.50 |
| Exhibit photocopying, 38 P. @ $.20 | 7.60 |
| Shipping/Delivery | 4.90 |
| | **$248.00** |

Betty D. Cook
vs.
Illinois Department of Corrections
(09-cv-133-DRH)

REPORTER: Stephanie K. Rennegarbe, CSR, RDR, CRR, CBC

*Thank you!*

# Invoice Voucher

FORM C-13 5 PART (Rev. 4-96)
STATE OF ILLINOIS

Ed Huntley, Chief Legal Counsel
IL Dept of Corrections, 1301 Concordia Ct.
Springfield IL

The preparation instructions for are on the back of the last

| VENDOR AND STATE AGENCY SEE IMPORTANT INSTRUCTIONS ON BACK OF COPIES 3 AND 5 FOR COMPLETION OF BOX 3 | 2. Taxpayer Identification Number | 2a. TIN Type | Important See instructions on back of page 5 for completion of boxes 2 and 2a | 4. Voucher No_____ |
|---|---|---|---|---|
| PAYMENT OF INTEREST MAY BE AVAILABLE IF THE STATE FAILS TO COMPLY WITH THE ILLINOIS PROMPT PAYMENT ACT, 30ILCS 540/1. | 3. Vendor or Payee LAST NAME   FIRST NAME   MIDDLE INITIAL OR BUSINESS NAME  MUELLER REPORTING P.C. | | | 5. Voucher Date_____ 6. Appropriation Account Code |
| Disposition of Copies 1 Comptroller   5-Agency 2-Agency 3-Agency 4-Remittance Copy | P. O. BOX 509  EDWARDSVILLE IL  62025 | | | 7. Invoice Number_____ 8. Invoice Date 2/26/10 |

| 10. Give Complete Description of Articles/Services Rendered or Attach Itemized Vendor Invoice | 11. Quantity | 12. Units | 13. Unit Price | 14. Amount |
|---|---|---|---|---|
| Re: Betty D. Cook v. Illinois Department of Corrections USDC-SD IL No. 09-133-DRH  Deposition of Sena Landreth taken February 18, 2010. | | | | |

| 18. Exp. Obj. | 19. Exp. Amount | Comp Use Only | | | | 15 Subtotal | | |
|---|---|---|---|---|---|---|---|---|
| | | | 22. Obligation No. | 23. F | 24. Payment Amount | | 365 | 95 |
| | | | | | | 16. Discount/ Deduction | | |
| | | | | | | 17. Total Amount | | |
| 20. Total Exp. | | | 25. Total Payment Amount | | | | $365.95 | |

26. For Agency Use Only

Approved for Payment

s/Joanna Belle Gunderson
Officer                    Date 2/3/10       Clerk

s/Karen L. McNaught
Authorized Agent           Date 3-4-10       (Date)          Agency Head (Signature)

Certification of Receiving Agency

I certify that the goods or services specified on this voucher were for the use of this agency and that the expenditure for such goods or services was authorized and lawfully incurred, that such goods or services meet all the required standards set forth in the purchase agreement or contract to which this voucher relates; and that the amount shown on this voucher is correct and approved for payment. If applicable, the reporting requirements of Section 5.1 of 'An Act to create the Bureau of the Budget and to define its powers and duties and to make an appropriation', approved April 16, 1969, as amended, have been met,

COPY 1

# Mueller Reporting, P.C.
Certified Shorthand Reporters
P. O. Box 509
Edwardsville, IL 62025
618-692-9890  Fax: 618-692-9891

EIN# ▇▇▇▇

TO:   Office of the Attorney General
      State of Illinois
      Ms. Joanna Belle Gunderson
      500 South Second Street
      Springfield, Illinois 62706

February 26, 2010

Depositions of BILLIE JO BRYAN, 50 p.
               MARK BECKMANN, 82 p.
               SENA LANDRETH, 41 p.
taken on February 18, 2010

| | |
|---|---:|
| Reg. original & e-trans cc of Landreth 41 p@$2.95 | $120.95 |
| E-trans cc of Bryan & Beckmann, 132 p@$1.50 | 198.00 |
| One copy of exhibits, 85 p@$.20 | 17.00 |
| Appearance of reporter(split) | 30.00 |
| | $365.95 |

Betty D. Cook
vs. (09-V-133-DRH)
Illinois Department of Corrections.

REPORTER: Aimee L. Lingle, CSR, CCR

*Thank you!*

# Invoice Voucher

FORM C-13 5 PART (Rev. 4-96)
STATE OF ILLINOIS

The preparation instructions for vendors are on the back of the last copy

Ed Huntley IL Department of Corrections
1301 Concordia Court
Springfield IL 62794

VENDOR AND STATE AGENCY SEE IMPORTANT INSTRUCTIONS ON BACK OF COPIES 3 AND 5 FOR COMPLETION OF BOX 3

PAYMENT OF INTEREST MAY BE AVAILABLE IF THE STATE FAILS TO COMPLY WITH THE ILLINOIS PROMPT PAYMENT ACT, 301LCS 540/1.

Disposition of Copies
1 Comptroller        5-Agency
2-Agency
3-Agency
4-Remittance Copy

2. Taxpayer Identification Number    2a. TIN Type

Important — See instructions on back of page 5 for completion of boxes 2 and 2a

3. Vendor or Payee
LAST NAME    FIRST NAME    MIDDLE INITIAL
OR BUSINESS NAME

MIDWEST LITIGATION SERVICES
711 NORTH 11TH STREET
ST LOUIS MO 63101

4. Voucher No _____
5. Voucher Date _____
6. Appropriation Account Code
7. Invoice Number STL94391
8. Invoice Date 3/18/10

10. Give Complete Description of Articles/Services Rendered or Attach Itemized Vendor Invoice

Re: Betty D. Cook v. Illinois Department of Corrections, No. 09-133-DRH
    Dep of Ann Casey taken February 26, 2010

11. Quantity | 12. Units | 13. Unit Price | 14. Amount

5/7/10

18. Exp. Obj. | 19. Exp. Amount | Comp Use Only
22. Obligation No. | 23. F | 24. Payment Amount
15 Subtotal    726 | 00
16. Discount/Deduction
17. Total Amount    $726.00

20. Total Exp. | 25. Total Payment Amount

26. For Agency Use Only

Approved for Payment

s/Joanna Belle Gunderson
Receiving Officer

s/Karen L. McNaught
Head of Unit or Authorized Agent

4/5/10
Date       Clerk

4-5-10
Date       (Date)

Certification of Receiving Agency

I certify that the goods or services specified on this voucher were for the use of this agency and that the expenditure for such goods or services was authorized and lawfully incurred, that such goods or services meet all the required standards set forth in the purchase agreement or contract to which this voucher relates; and that the amount shown on this voucher is correct and approved for payment. If applicable, the reporting requirements of Section 5.1 of 'An Act to create the Bureau of the Budget and to define its powers and duties and to make an appropriation', approved April 16, 1969, as amended, have been met,

Agency Head (Signature)

COPY 1

# INVOICE

**Midwest Litigation Services**
711 North 11th Street
St. Louis, MO 63101
Telephone: 314-644-2191  Fax: 314-644-1334

Bill To:  Joanna Belle Gunderson
Illinois Attorney General
500 South Second Street
Springfield, IL 62706

Invoice #:      STL94391
Invoice Date:   03/18/2010
Balance Due:    $ 726.00

Case #:         09CV133DRH

Case:        Betty D Cook v. Illinois Department of Corrections
Job #:       69471   |  Job Date: 2/26/2010   |  Delivery:   Normal
Billing Atty:  Joanna Belle Gunderson
Location:    Bean & Associates
             119 East Marcy | Ste 1100 | Santa Fe, NM 87501

| Item | Witness | Description | Units | Qty | Price | Amount |
|---|---|---|---|---|---|---|
| 1 | Ann Casey | Transcript - copy/copies | Page | 264.00 | $2.75 | $726.00 |

Notes:  Deposition held in Santa Fe, NM. Attorney present via Audio Conference.

Invoice Total:   $726.00
Payment:
Credits:
Balance Due:    $726.00

Fed. Tax ID: ▓▓▓▓▓▓▓▓▓     Term: Due Upon Receipt

TERMS:  Payable upon receipt  Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees
Contact us to correct payment errors  No adjustments or refunds will be made after 90 days.

**Please tear off stub and return with payment.**

Make check payable to:   Midwest Litigation Services
☐ Visa  ☐ MC  ☐ Amex  ☐ Discover  ☐ Lock Box

Credit Card #: _____  Exp. Date: _____
SIGNATURE (AS IT APPEARS ON CREDIT CARD)
PRINT NAME (AS IT APPEARS ON CREDIT CARD)
DAYTIME PHONE

Invoice #:  STL94391
Job #:  69471
Invoice Date: 03/18/2010
Balance: $ 726.00

Please remit payment to:
711 N. 11th Street
St. Louis, MO 63101

Page 1 of 1

# Invoice Voucher

The preparation instructions for vendors are on the back of the last copy

FORM C-13 5 PART (Rev. 4-96)
STATE OF ILLINOIS

Joseph Rose IL Department of Corrections
1301 Concordia Court
Springfield IL 62794

| | | |
|---|---|---|
| VENDOR AND STATE AGENCY SEE IMPORTANT INSTRUCTIONS ON BACK OF COPIES 3 AND 5 FOR COMPLETION OF BOX 3 | 2. Taxpayer Identification Number / 2a. TIN Type | Important — See instructions on back of page 5 for completion of boxes 2 and 2a |
| PAYMENT OF INTEREST MAY BE AVAILABLE IF THE STATE FAILS TO COMPLY WITH THE ILLINOIS PROMPT PAYMENT ACT, 30 ILCS 540/1. | 3. Vendor or Payee LAST NAME / FIRST NAME / MIDDLE INITIAL OR BUSINESS NAME | |

4. Voucher No._____
5. Voucher Date_____
6. Appropriation Account Code

Disposition of Copies
1 Comptroller    5-Agency
2-Agency
3-Agency
4-Remittance Copy

MUELLER REPORTING P.C.
POST OFFICE BOX 509
EDWARDSVILLE IL 62025

7. Invoice Number_____
8. Invoice Date 12/23/10

| 9. Give Complete Description of Articles/Services Rendered or Attach Itemized Vendor Invoice | 11. Quantity | 12. Units | 13. Unit Price | 14. Amount |
|---|---|---|---|---|
| Betty D. Cook v. Illinois Department of Corrections No. 09-133 Deposition of Agnex Boehning | | | | |

| 18. Exp. Obj. | 19. Exp. Amount | Comp Use Only | | | | 15 Subtotal | $67 | 60 |
|---|---|---|---|---|---|---|---|---|
| | | | 22. Obligation No. | 23. F | 24. Payment Amount | 16. Discount/Deduction | | |
| 20. Total Exp. | | | 25. Total Payment Amount | | | 17. Total Amount | $67.60 | |

26. For Agency Use Only

Approved for Payment

s/Joanna Belle Gunderson
Receiving Office
s/Karen L. McNaught
Head of Unit or Authorized Agent

1/10/11
Date    Clerk

1-11-11
Date    (Date)

Certification of Receiving Agency

I certify that the goods or services specified on this voucher were for the use of this agency and that the expenditure for such goods or services was authorized and lawfully incurred, that such goods or services meet all the required standards set forth in the purchase agreement or contract to which this voucher relates; and that the amount shown on this voucher is correct and approved for payment. If applicable, the reporting requirements of Section 5.1 of 'An Act to create the Bureau of the Budget and to define its powers and duties and to make an appropriation', approved April 16, 1969, as amended, have been met.

Agency Head (Signature)

COPY 1

# Mueller Reporting, P.C.
Certified Shorthand Reporters
P. O. Box 509
Edwardsville, IL 62025
618-692-9890 Fax: 618-692-9891

EIN# ▓▓▓▓▓▓▓

To: Office of the Attorney General
    By: Joanna Belle Gunderson, AAG
        Kelly Choate, AAG
    500 South Second Street
    Springfield, IL 62706

12/23/10

| | |
|---|---:|
| Depo. of AGNES BOEHNING taken on 12/16/10, | |
| One c/c, 38 P. @ $1.65 | $62.70 |
| Shipping/Delivery | 4.90 |
| | **$67.60** |

Betty D. Cook
vs.
Illinois Department of Corrections (09-cv-133-DRH)

REPORTER: Kimberly Mueller, CSR, CCR

*Thank you!*

## OFFICE OF THE ATTORNEY GENERAL
## REQUEST FOR ADVANCE OF FUNDS
## STATE OF ILLINOIS

| Date | Bureau/Division |
|---|---|
| May 16, 2011 | General Law/ |

**Case Name and Number**
Betty Cook vs. Department of Corrections, 09-133

**Court**
United States District Court for the Southern District of IL

An advance of $94.06, Ninty Four and &06 /.100 dollars) is required under the authority of 15 ILCS 205/4a for:

(Check one and fill in the blanks)

☒ Payment of Witness Fee*    Pat Rensing
                             NAME OF WITNESS

☐ Advancement of Fee         _____
                             TYPE OF FEE

☐ Purchase of Evidence       _____

Type of Evidence             _____

Purpose                      _____

Make Check Payable to        Pat Rensing
                             NAME OF WITNESS/COURT

#7541
5/16/11

Requested by    s/Joanna Belle Gunderson       Joanna Belle Gunderson
                                                FOR
Approved by     s/Karen L. McNaught             Karen L. McNaught
                BUREAU CHIEF OR DESIGNEE

IF $250 OR MORE

Approved by    _____
               Chief of Staff, Chief Deputy Attorney General; or Deputy Chief of Staff, Administration

---

OFFICE OF THE ATTORNEY GENERAL    08/87                              7541
SPECIAL ADVANCE FUND
500 S. 2ND ST.                                                    70-2188/719
SPRINGFIELD, IL 62706          5/16/11                                   771
                                Date

Pay to the
Order of Pat Rensing                              $94 06/100

Ninety four and 06/100                            Dollars

PNCBANK
PNC Bank, N.A.  071
Illinois                       s/Josiah Small

For 1245                                                          Rev. 4/6/06