IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| BETTY D. COOK, | ) |
|     Plaintiff, | ) ) ) |
| vs. | ) No.: 09-cv-133-DRH |
| ILLINOIS DEPARTMENT OF CORRECTIONS, | ) ) ) |
|     Defendant. | ) |

### **OBJECTION TO DEFENDANT'S BILL OF COSTS**

Now comes Plaintiff and objects to the Defendant's submission of Bill of Costs. In support thereof, Plaintiff states as follows:

1. Defendant has submitted fees for services of Summons and Subpoenas in the amount of $94.06. While there is a request for an advance of funds in that amount attached to the bill of costs, there is no evidence that this person was, in fact, issued a Subpoena. Therefore, said fees are improper.

2. Defendant has listed fees for a court reporter for transcripts in the amount of $3,497.45. It is suggested that these transcripts were not obtained for use in the case except for the deposition of Ann Casey. The transcription amount was $726.00; however, Plaintiff even objects to this for the reason that Plaintiff's counsel and Defendants's counsel had informally agreed that said deposition was for discovery purposes. Plaintiff admits that there was some sort of a discussion that if Casey was unable to attend then the deposition could be used; however, Plaintiff's counsel allowed defense counsel off the hook when defense counsel was cited for contempt of curt for failing to allow Ann Casey to answer certain questions - - when an Affidavit of Ann Casey was presented

to the Court, the undersigned attorney submitted that further proceedings against defense counsel were not necessary. Thus, in fairness, the cost of transcribing the deposition of Ann Casey should not be assessed against Plaintiff.

3. The other transcriptions were not used by Defendant at trial except for the cross examination of the nurse practitioner, Agnes Boehning - - in which Plaintiff played the videotape.

4. Concerning "fees for witnesses", Defendant has listed the amount of $1,452.49. Plaintiff suggests that this amount should not be allowed. Under these witness fees, none of the persons listed as witnesses were subpoenaed. In fact, all of the persons listed under "witness fees" were and are employees of the Defendant. There is no evidence that there was any payment by the Defendant. In fact, it is assumed that these employees were paid by their normal salary.

WHEREFORE, Plaintiff objects to the Bill of Costs of Defendant.

BETTY D. COOK, Plaintiff

BY:   s/s Thomas O. Falb
     THOMAS O. FALB - #00768804
     Williamson, Webster, Falb & Glisson
     Attorneys at Law
     603 Henry Street.
     Alton, IL 62002

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 15, 2011, I electronically filed the foregoing document with the Clerk of the Court using the CMECF system which will send notification of such filings to the following:

Joanna Belle Gunderson, AAG
500 South Second Street
Springfield, IL 62706
Attorney for the Defendant Illinois Department of Corrections

                                    s/s Thomas O. Falb
                                    THOMAS O. FALB - #00768804
                                    Williamson, Webster, Falb & Glisson