IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**BETTY D. COOK,**

      **Plaintiff,**

  v.                          No.  09-133-DRH

**ILLINOIS DEPARTMENT
OF CORRECTIONS,**

      **Defendant.**

## O R D E R

THIS CAUSE comes before the Court on the defendant's motion for order requiring plaintiff to order entire trial transcript and the Court being fully advised in the premises:

IT IS HEREBY ORDERED that the defendant's Motion is **GRANTED**. Pursuant to Federal Rule of Appellate Procedure 10(b)(2), plaintiff is required to order the entire trial transcript.  Accordingly, the Court **DIRECTS** plaintiff to order the entire trial transcript.

**DATE: February 29 2012**

                                              David R. Herndon
                                              2012.02.29
                                              16:02:54 -06'00'

                                              **Chief Judge
                                              United States District Court**